**U.S. DEPARTMENT OF JUSTICE**            **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**










_____            _____
        DATE                                                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**












_____            _____
        DATE                                                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                         CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                                                      CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
             LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____            _____
        DATE                                                                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN            PRINTED ON RECYCLED PAPER                                                     BP–229(13)
                                                                                                                APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _____
         LAST NAME, FIRST, MIDDLE INITIAL                REG. NO.                    UNIT                    INSTITUTION

**Part A - REASON FOR APPEAL**

_____          _____
          DATE                                            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
          DATE                                            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                                              CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL           REG. NO.                    UNIT                    INSTITUTION

SUBJECT: _____

_____          _____
          DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                                                              BP-230(13)
                                                                                                     JUNE 2002
PRINTED ON RECYCLED PAPER

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _____   _____   _____   _____
       LAST NAME, FIRST, MIDDLE INITIAL                REG. NO.            UNIT            INSTITUTION

**Part A—REASON FOR APPEAL**

_____   _____
         DATE                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____   _____
         DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____   _____   _____   _____
            LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.            UNIT            INSTITUTION

SUBJECT: _____

_____       _____
        DATE                   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
APRIL 1982



Marissel Descalzo
305.537.9572 Direct Dial
mdescalzo@tachebronis.com

May 28, 2020

Warden,
CI D. Ray James
Highway 252 East
Folkston, GA 31537
DRJ/General@bop.gov

    **RE:    Gabriel Arturo Jimenez Aray**
             **Register No. 17356-104**

Good morning,

    I am the attorney representing Gabriel Arturo Jimenez Aray, Reg. # 17356-104, who is housed at CI D. Ray James. I am writing on Mr. Jimenez Aray's behalf to request his compassionate release and ask that he be promptly released from custody to serve the remainder of his term on home confinement.

    I attach BOP Form for Administrative Remedy here.

    Mr. Jimenez is highly supervisable (as demonstrated by his compliance with bond pretrial) and poses a low risk of reoffending. Additionally, his age and grave medical problems place him at a high risk of contracting a severe or fatal case of COVID-19. Moreover, Mr. Jimenez has a sound release plan. He will release to live with his family in Houston, Texas in a safe environment – drug and crime-free – and he will enjoy abundant support from his family and friends members, including a son that finished school in Syracuse, NY and is awaiting a safe travel plan.

Release Plan
    Mr. Jimenez will live with his sister in Houston, Texas.  Although he is unlikely to be able to work right away given his medical problems, his sister will support him and he will seek work as soon as practicable.

    I want to emphasize two sets of facts from Mr. Jimenez Aray's presentence investigation report that strongly support release to home confinement in his case. *First,* Mr. Jimenez Aray is a low risk offender. His PSR reflects a criminal history category of I based on 0 criminal history points. He has not committed any acts of violence. He remained on bond pre-trial and was completely compliant. There is every reason to think that he will abide by conditions of supervision and not pose a risk to public safety once he is released. *Second,* Mr. Jimenez Ary is not in good health.  He suffers from stomach ulcers, he has a history of heart disease, including an arrythmia and heart incident in 2014, and he is pre-diabetic.  Worse, Mr. Jimenez Aray was developed a large mass near his lung that has been left unevaluated due to the restrictions related to COVID at the

Warden,
CI D. Ray James
May 28, 2020
Page 2

prison. His age and poor health supports release to home detention or the granting of compassionate release.

I believe that Mr. Jimenez Aray should receive priority treatment for release to home confinement under Attorney General Barr's memorandum. He meets each criterion set forth in that memo for prioritizing compassionate release:

- His age and medical conditions make him extremely vulnerable to COVID-19
- As I understand it, he is housed in minimum security
- Based on my understanding of his risk factors, his PATTERN score should be minimum
- He has a verifiable reentry plan to live in a safe, drug-free, and supportive environment
- His non-violent drug offense and his criminal history reflect that he poses virtually no danger to the community

In light of these issues, release to home confinement or a grant of compassionate release would be appropriate, and I am asking you to take whatever steps you can to expeditiously transfer Mr. Jeri out of custody.

Please acknowledge receipt of this request, and please do not hesitate to reach out to me with any questions you may have.

Sincerely,

*/s/ Marissel Descalzo*

Marissel Descalzo